# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KEVIN WARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:20-cv-01093-SPM |
| STANLEY PAYNE, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Kevin Ward's motion for an extension of time in which to file his amended complaint and pay the initial partial filing fee.[1] (Docket No. 14). In the motion, plaintiff states that due to mail issues at the Eastern Reception, Diagnostic, and Correctional Center, he did not receive the Court's order directing him to file an amended complaint with sufficient time to comply.

Good cause being shown, the Court finds that the motion should be granted. Plaintiff will be given an additional thirty days from the date of this order in which to file his amended complaint on a Court form, pursuant to the instructions set forth in the Court's order of September 11, 2020. The Clerk of Court will be directed to send to plaintiff a copy of the Court's prisoner civil rights form, as well as a copy of the Court's September 11, 2020 order. (Docket No. 10). Plaintiff is advised that failure to comply with this order within thirty days will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

---

[1] Plaintiff's motion also requests additional time to pay the initial partial filing fee of $1.50. However, the Court has already received a check from plaintiff for $4.00, which covers the initial partial filing fee.

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time in which to file an amended complaint (Docket No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send to plaintiff a copy of the Court's prisoner civil rights complaint form.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send to plaintiff a copy of the Court's order of September 11, 2020 (Docket No. 10).

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this order, pursuant to the instructions set forth in the Court's order of September 11, 2020.

**IT IS FURTHER ORDERED** that if plaintiff does not file an amended complaint on the Court-form within **thirty (30) days**, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that upon receipt of plaintiff's amended complaint, the Court will review it pursuant to 28 U.S.C. § 1915.

                                            SHIRLEY PADMORE MENSAH
                                            UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of October, 2020.