# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| KEVIN WARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:20-cv-01093-SPM |
| | ) | |
| STANLEY PAYNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of Morris Williams titled "Plaintiff['s] Second Amendment Motion." (Docket No. 18). On August 24, 2020, the Court struck Williams from this action and directed the Clerk of Court to open a separate case for him. (Docket No. 6). That case is *Williams v. Payne, et al*., No. 4:20-cv-1132-SEP (E.D. Mo. Aug. 24, 2020). The instant motion properly belongs in that case. Therefore, the Court will direct the Clerk of Court to strike the instant motion from this action, and file it in Williams's own case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to **STRIKE** Morris Williams's motion (Docket No. 18) from this action.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to file Morris Williams's motion (Docket No. 18) in *Williams v. Payne, et al*., No. 4:20-cv-1132-SEP.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of November, 2020.